**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Giovany Flores  **V.**  The State of Texas

Appellate case number:   01-11-00479-CR

Trial court case number:  09DCR052519

Trial court:               240th District Court of Fort Bend County

Date motion filed:

Party filing motion:

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Justice Massengale
                        ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justice Keyes, Justice Massengale, and Justice Brown

Date:  May 16, 2013